UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR EDGAR MEDRANO MARQUEZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT et al.,

Respondents.

No.  1:26-cv-02181-DAD-CSK

ORDER RELATING AND REASSIGNING CASES

SALVADOR EDGAR MEDRANO MARQUEZ,

Petitioner,

v.

WARDEN OF CALIFORNIA CITY DETENTION CENTER,

Respondent.

No.  1:26-cv-02976-MWJS

**New Case No.  1:26-cv-02976-DAD-CSK**

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.  Petitioner, proceeding through counsel, filed a

1

petition for writ of *habeas corpus* and a motion for temporary restraining order on March 19, 2026.  (1:26-cv-02181-DAD-CSK Doc. Nos. 1, 2.)  Petitioner, proceeding *pro se*, filed a successive petition and another motion for temporary restraining order on April 20, 2026.  (1:26-cv-02976-MWJS Doc. Nos. 1, 3.)

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, the court orders that Case No. 1:26-cv-02976-MWJS is reassigned to the undersigned and Magistrate Judge Chi Soo Kim.  The caption on documents filed in the reassigned case shall be shown as:  1:26-cv-02976-DAD-CSK.  It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **May 1, 2026**    _____
                            DALE A. DROZD
                            UNITED STATES DISTRICT JUDGE

2